

**NUMBER 13-08-00322-CV**

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

## IN RE ASSET PROTECTION & SECURITY SERVICES, L.P.

---

## On Petition for Writ of Mandamus.

---

## MEMORANDUM OPINION

### Before Justices Yañez, Rodriguez, and Vela
### Per Curiam Memorandum Opinion

Relator, Asset Protection & Security Services, L.P., filed a petition for writ of mandamus in the above cause arguing that the trial court abused its discretion in denying relator's motion to compel arbitration. On May 22, 2008, this Court requested a response from Juan Martinez, III, the real party in interest, and said response was duly filed on July 7, 2007.

The Court, having examined and fully considered the petition for writ of mandamus and response thereto, is of the opinion that relator has not shown itself entitled to the relief

sought.  Accordingly, the petition for writ of mandamus is DENIED.  *See* TEX. R. APP. P.

52.8(a).

PER CURIAM

Memorandum Opinion delivered and
filed this 18th day of July, 2008.